IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:24-cr-00289-M-KS-10

UNITED STATES OF AMERICA,

    Plaintiff,

v.

WILLIAM GARDNER,

    Defendant.

ORDER

This matter comes before the court on a "Motion for Exemption from Pacer Fees" filed by Rose Hagwood, mother of the Defendant [DE 463]. The court finds Ms. Hagwood has sufficiently demonstrated that an exemption is necessary to avoid an unreasonable burden and to promote public access to information. Accordingly, the motion is GRANTED as follows. Fees charged against Ms. Hagwood for use of the Pacer system to access Defendant's case for the period July 15, 2025 through September 30, 2025, in the total amount of $858.30 are exempt. The court will grant no further fee exemptions in Defendant's case absent a showing of exceptional circumstances.

SO ORDERED this 27th day of October, 2025.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE